UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

26 cr 428 (JGK)

DANI AMANUEL, et al,

Defendants.
-------------------------------------------------------------X

The parties shall appear for a conference on **Tuesday, October 6, 2026, at 12:00pm.**

Time has already been excluded to October 6, 2026 per bail disposition order of Magistrate Judge Stewart D. Aaron on September 22, 2026.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 23, 2026.